IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SMITH & FONG COMPANY, | CASE NO. 3:22-CV-00042 |
| Plaintiff, | JUDGE THOMAS M. ROSE |
| vs. | MAGISTRATE JUDGE CAROLINE H. GENTRY |
| idX CORPORATION, et al., | |
| Defendants. | |

### NOTICE OF APPEARANCE

Jeremy S. Young and Donald S. Scherzer of Roetzel & Andress, LPA, hereby enter their appearance in this case as counsel for Defendant idX Corporation. Notice is hereby given to serve all papers herein upon undersigned counsel as set forth below.

Respectfully submitted,

 /s/ Jeremy S. Young
Jeremy S. Young, Trial Attorney (0082179)
Donald S. Scherzer (0022315)
Roetzel & Andress, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Telephone: 614.463.9770
Fax: 614.468.9792
E-mail: jyoung@ralaw.com
          dscherzer@ralaw.com

*Counsel for Defendant idX Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, April 4, 2022, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeremy S. Young*
Jeremy S. Young
