# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SMITH & FONG COMPANY, | : | Case No. 3:22-cv-00042 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| idX CORPORATION, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on Plaintiff's Stipulated Motion for Dismissal of Defendant Cooper Enterprises, Inc. (ECF No. 41). Upon agreement of counsel, and for good cause shown, the Motion is **GRANTED.**

It is hereby **ORDERED** that Defendant Cooper Enterprises, Inc. is dismissed with prejudice from this case with each party to bear its own costs and attorney fees.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge